**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **James Hemphill,** | ) | **CASE NO. 1:08 CV 009** |
| | ) | |
| **Petitioner,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Stuart Hudson, Warden,** | ) | **Judgment Entry** |
| | ) | |
| **Respondent.** | ) | |

This Court, having issued its Memorandum of Opinion and Order accepting the Report and Recommendation of Magistrate Judge White (Doc. 12), hereby dismisses the Petition for Writ of Habeas Corpus.  Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability.  28 U.S.C. § 2253(c); Fed.R.App.P. 22(b).

IT IS SO ORDERED.

 /s/Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Date:  4/21/09